[Dkt. Ent. 70]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**CAMDEN VICINAGE**

|  |  |
|---|---|
| Larry Peterson, <br><br> Plaintiff, <br><br> v. <br><br> Robert D. Bernardi, et. al., <br><br> Defendants. | Civil Action No. <br> 07-2723 (RMB/JS) <br><br> **ORDER** |

THIS MATTER coming before the Court upon a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56(a), by all defendants (the "Defendants"); and

THE COURT having considered the moving papers, as well as those submitted in opposition to the motion by plaintiff Larry Peterson (the "Plaintiff"), and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this, the **15th** day of **June 2010**, hereby

**ORDERED** that Defendants' motion for summary judgment shall be **PARTIALLY GRANTED** and **PARTIALLY DENIED**:  Summary judgment shall be granted as to all claims against Gail Tighe, Robert D. Bernardi, the Burlington County Prosecutor's Office, and the State of New Jersey, as well as all Defendants named in their

official capacities; but summary judgment shall be denied as to individual capacity claims against Richard Serafin, M. Scott Fitz-Patrick, and Michael King.

<u>s/Renée Marie Bumb</u><br>
RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE